FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 APR 22 PM03 04
CAROL L. MICHEL, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

### BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 25-00101 |
| v. | * | SECTION: DUTY MAG. |
| **ARNOL HUMBERTO REYES-GALINDO** aka **ARNOL REYES-GALINDO** | * | VIOLATION: 8 U.S.C. § 1306(a) |
| | * | |

\*    \*    \*

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2022, and continuing until at least April 21, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **ARNOL HUMBERTO REYES-GALINDO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_____
FREDERICK W. VETERS, JR. (23584)
Special Assistant United States Attorney
G. DALL KAMMER
Assistant United States Attorneys

New Orleans, Louisiana
April 22, 2025

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ARNOL HUMBERTO REYES-GALINDO
aka ARNOL REYES-GALINDO

BILL OF INFORMATION
FOR FAILURE TO REGISTER

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

*F. W. Veters*
*Special Assistant United States Attorney*
FREDERICK W. VETERS, JR.