MINUTE ENTRY
NORTH, M.J.
MAY 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 25-101 |
| ARNOL HUMBERTO REYES-GALINDO | SECTION "MBN" |

CASE MANAGER:     NYKELL LEE
COURT RECORDER:   TONI TUSA

APPEARANCES:  Rick Veters, Dall Kammer Assistant U. S. Attorney
              Annalisa Miron, FPD Counsel for Defendant

PROBABLE CAUSE HEARING

Case called.

Arnol Humberto Reyes-Galindo waived his appearance.

All counsel present and ready.

Government orally moves to enter previous officer testimony and transcripts from cases 25-94 and 25-95 into this record.
Oral motion Granted by the court.

The matter was heard-argued-submitted.

As to the Charge of 8:1306(a), the Court finds no probable cause to hold the defendant, and the Court dismisses the Bill of Information without prejudice effective 5-13-2025.
Written order and reasons to follow.

Defendant was remanded to the custody of the U.S. Immigration and Customs Enforcement.

MJSTAR:   00: 17